# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| ZACHARY BOUVIER TAYLOR, | : | |
| Plaintiff | : | |
| VS. | : | |
| VALDOSTA STATE PRISON HEALTH-CARE EMPLOYEES, especially a black woman who claims to serve as a nurse, | : | NO. 7:08-CV-28 (HL) |
| Defendant | : | |
| | : | **O R D E R** |

Plaintiff **ZACHARY BOUVIER TAYLOR**, an inmate at Valdosta State Prison ("VSP") in Valdosta, Georgia, has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On February 22, 2008, the Court ordered plaintiff to supplement his complaint because plaintiff failed to state the identity of specific individuals on the medical staff of VSP who violated his rights and it was unclear whether plaintiff had exhausted his administrative remedies, as is required under 42 U.S.C. § 1997e(a).

Plaintiff has responded to the Court's order to supplement; however, in his supplement, plaintiff only references an unidentified black female nurse as the responsible individual. The Court has no way of knowing the true name of this nurse in order to perfect service of process in accordance with Fed.R.Civ.P. 4. The Court additionally notes that plaintiff neglected to address whether he had exhausted his administrative remedies.

Based on plaintiff's failure to comply with this Court's order, plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file a new lawsuit in which he provides the names of the responsible defendants and demonstrates exhaustion of his administrative remedies.

**SO ORDERED**, this 14th day of March, 2008.


                 *s/ Hugh Lawson*
                 HUGH LAWSON
                 UNITED STATES DISTRICT JUDGE

cr